PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Elam Yisreal 	Cr.: 10-CR-00680
	PACTS #: 35440

Name of Judicial Officer: Dickinson R. Debevoise
	Senior United Stated District Judge

Name of Sentencing Judicial Officer: Matthew J. Perry, Jr.
	Senior United States District Judge, D/SC

Date of Original Sentence: 07/15/03

Original Offense: Conspiracy to Possess with Intent to Distribute and Distribution of 500 Grams or More of Cocaine

Original Sentence: 78 months custody; four years supervised release; $100 Special Assessment

Type of Supervision: Supervised Release	Date Supervision Commenced: 02/24/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On October 3, 2012, the offender was stopped by the Clifton Police Department for a motor vehicle violation and issued a ticket for careless driving. A records check conducted by the police officer at the time of the stop revealed an outstanding 1998 warrant from Ridgefield Boro for another traffic violation; therefore, the offender was arrested.<br><br>As verified by court documentation, on October 24, 2012, the offender appeared in Ridgefield Boro Municipal Court and pleaded guilty to New Jersey Traffic Violations 39:4-120.9 (driver's disobedience) and 39:3-17 (failure to possess a driver's license or registration - non resident motorist). He was sentenced to a $123 fine, which he paid in full. Furthermore, as verified, on November 5, 2012, the offender appeared in Clifton Municipal Court and pleaded guilty to the an amended charge of unsafe operation (New Jersey Traffic Violation 39:4-97.2) and was sentenced to a $418 fine, which he paid in full. |

U.S. Probation Officer Action:

Immediately after his release on bail on October 3, 2012, the offender telephonically contacted the undersigned officer to report the motor vehicle stop and arrest. As the offender has been compliant, forthcoming, and has appropriately addressed the outstanding warrant and traffic tickets, the probation office recommends presentation of this document as a formal judicial reprimand. Our office will continue to monitor the offender's actions in the community, and any future issues of noncompliance will be reported to the Court.

Respectfully submitted,

Gisella M. Bassolino
2012.11.08
07:45:39 -05'00'

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 11/08/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other: Present this document to the offender as a formal judicial reprimand from the Court

_____
Signature of Judicial Officer

Nov. 14, 2012
_____
Date

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

WILFREDO TORRES
CHIEF PROBATION OFFICER

SUPERVISION UNIT
20 WASHINGTON PLACE
6th FLOOR
NEWARK, NJ
(973) 645-6161
FAX: (973) 645-2155

November 8, 2012

**Mailing Address:**
50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

The Honorable Dickinson R. Debevoise
Senior United States District Court Judge
Martin Luther King Jr. Federal Bldg. & Courthouse
PO Box 0999
Newark, New Jersey 07102

                RE: YISREAL, Elam
                Dkt. No. 10-CR-00680
                **Notice of Non-Compliance**

Dear Judge Debevoise:

On July 15, 2004, the above-referenced individual was sentenced by the Honorable Matthew J. Perry, Jr., Senior United States District Judge for the District of South Carolina, to 78 months custody, four years supervised release, and a $100 Special Assessment for the offense of Conspiracy to Possess with Intent to Distribute and Distribution of 500 Grams or More of Cocaine. He was also ordered to abide by the special condition of DNA collection.

As the enclosed petition attests, the offender was recently arrested for an outstanding traffic warrant in Ridgefield Boro Municipal Court. We are writing to advise the Court of this arrest. No court action is requested at this time, as the traffic violations and outstanding warrant predate the instant offense, and the offender has resolved the matter. The probation office respectfully requests to continue monitoring the offender until his expiration date of February 23, 2013. Should the Court concur with our recommendation, no action is necessary beyond a signature on the enclosed Form 12A. If Your Honor wishes to discuss this matter in greater detail or desires a court appearance from the offender, please contact the undersigned officer at (973) 445-8120.

                Respectfully submitted,

                WILFREDO TORRES, Chief
                U.S. Probation Officer
                Bassolino
                2012.11.08
                07:42:46 -05'00'

                By: Gisella M. Bassolino
                    U.S. Probation Officer

/gmb
Enclosure